Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000828
17-JUL-2013
08:24 AM

NO. CAAP-12-0000828

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ONEWEST BANK, FSB, Plaintiff-Appellee, v.
JOHN E. MADDEN and JENNIFER MADDEN, Defendants-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 09-1-0983(3))

ORDER APPROVING PLAINTIFF-APPELLEE'S
JULY 2, 2013 STIPULATION TO DISMISS APPEAL WITH PREJUDICE
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon consideration of the "Stipulation to Dismiss Appeal With Prejudice," filed July 2, 2013, by Plaintiff-Appellee OneWest Bank, F.S.B., and the record, it appears that (1) the stipulation is dated and signed by counsel for all parties; (2) the parties seek dismissal of the appeal pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b); and (3) the parties agree to bear their own costs and fees on appeal. Therefore,

IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed.  The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, July 17, 2013.


Chief Judge


Associate Judge


Associate Judge